**v.**

**The STATE of Texas, Appellee.**

**No. 28413.**

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

---

**Clinton SHAW, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28722.**

Court of Criminal Appeals of Texas.

Oct. 24, 1956.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the offense of unlawfully passing a forged instrument; his punishment was assessed at a term of three years; and the execution of sentence was deferred in accordance with the terms of the Adult Probation Law, Art. 781b, Vernon's Ann.C.C.P.

This is an appeal from an order revoking such probation.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requesting that the same be dismissed.

The request is accordingly granted, and the appeal is dismissed.